UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Polly O.,

      Plaintiff,

v.

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

      Defendant.

File No. 20-cv-1820 (ECT/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on December 16, 2021. ECF No. 20. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 20] is **ACCEPTED**; and

    2.    Plaintiff Polly O.'s Motion for Summary Judgment [ECF No. 15] is **GRANTED** in part;

    3.    Defendant Acting Commissioner of Social Security Kilolo Kijakazi's Motion for Summary Judgment [ECF No. 17] is **DENIED**;

    4.    The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation [ECF No. 20]; and

5.  The case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2022              s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court