UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Polly O.,

      Plaintiff,

v.

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

      Defendant.

File No. 20-cv-1820 (ECT/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 25, 2022. ECF No. 32. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 32] is **ACCEPTED**; and

2. Plaintiff's Motion for Attorneys' Fees pursuant to the Equal Access to Justice Act [ECF No. 26] is **GRANTED**;

3. Plaintiff is awarded attorneys' fees in the amount of $9,655.50, pursuant to the Equal Access to Justice Act and $500 in costs from the Judgment Fund; and

4. In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee award and costs are payable to Plaintiff as the litigant and subject to offset any preexisting debts that the litigant may owe to the United States.

Dated: June 21, 2022                              s/ Eric C. Tostrud
                                                                 Eric C. Tostrud
                                                                 United States District Court